
FILED
CHARLOTTE, NC
FEB 13 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:12-MC-30

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EXTENSION OF JURY SUMMONS FOR ) | ORDER |
| TRIAL TERM BEGINNING FEBRUARY ) | |
| 6, 2012 BEFORE THE HONORABLE MAX ) | |
| O. COGBURN, JR. ) | |

Pursuant to this Court's inherent authority to manage the scheduling of trial and control the disposition of its cases and the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that the term contained in the Jury Summons for Jury Pool Number 301120202, issued February 6, 2012, shall be EXTENDED through March 31, 2012. All prospective jurors in this pool shall remain under Summons for that period.

IT IS SO ORDERED.

Signed: February 13, 2012

Max O. Cogburn, Jr.
U.S. District Court Judge